JOHN M. SORICH (CA Bar No. 125223)
john.sorich@piblaw.com
DAVID M. LIU (CA Bar No. 216311)
david.liu@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA CHAKOS,<br><br>    Plaintiff,<br><br>v.<br><br>J.P.MORGAN CHASE BANK, N.A.;<br>ASSURANT INSURANCE COMPANY<br>and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO.:** 8:15-cv-00667-JLS-JCG<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>**ACTION FILED:**    March 26, 2015<br>**REMOVED:**    April 27, 2015 |

Pursuant to the stipulation between Plaintiff Barbara Chakos ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant" and collectively the "Parties"), by and through their respective attorneys of record herein for a Stipulated Protective Order,

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. The Stipulated Protective Order between the Parties is approved.

DATED: November 24, 2015            By: _____
                                                Hon. Jay C. Gandhi
                                                Judge, United States Magistrate Judge

{00509715 DOCX }

**ORDER APPROVING STIPULATED PROTECTIVE ORDER**

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

*Barbara Chakos v. Assurant Insurance Company, et al.*
USDC Central Case No.:8:15-cv-00667-JLS-JCG

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **Parker Ibrahim & Berg LLC, 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626**.

On November 24, 2015, I served the foregoing document described as **[PROPOSED] ORDER APPROVING STIPULATED PROTECTIVE ORDER** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Golden State Overnight or Federal Express Drop Box located at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626. The envelope was deposited with delivery fees thereon fully prepaid.

☒ **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on November 24, 2015, at Costa Mesa, California.

*/s/ Heather N. Kane*
Heather N. Kane

# SERVICE LIST

*Barbara Chakos v. Assurant Insurance Company, et al.*
USDC Central Case No.:8:15-cv-00667-JLS-JCG

| | |
|---|---|
| Michael Wayne Garnett<br>Law Office of Michael W Garnett<br>411 Walnut Street #6386<br>Green Cove Springs, FL 32043 | Tel:  305-338-9505<br>Email: mwg@garnettlaw.com<br><br>Attorneys for Plaintiff<br>Barbara Chakos |
| Robert Douglas Whitney<br>Edison McDowell and Hetherington LLP<br>1 Kaiser Plaza Suite 1010<br>Oakland, CA 94612 | 510-628-2145<br>Fax: 510-628-2146<br>Email: robert.whitney@emhllp.com<br><br>Attorneys for Defendant<br>Assurant Insurance Company |

{00509715 DOCX }

**ORDER APPROVING STIPULATED PROTECTIVE ORDER**